## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

BROADCAST MUSIC, INC.; SONGS OF )
UNIVERSAL, INC.; EMI VIRGIN SONGS, )
INC. d/b/a EMI LONGITUDE MUSIC; )
RONDOR MUSIC INTERNATIONAL, INC. )
d/b/a IRVING MUSIC; LESS THAN ZERO )
MUSIC; SOUTHFIELD ROAD MUSIC; FAKE )
AND JADED MUSIC; MUSCLE SHOALS SOUND)
PUBLISHING CO., a division of )
NORTHSIDE PARTNERS; PEERMUSIC III )
LTD.; BARN-STORM MUSIC, INC.; )
BELKIN MUSIC, a division of BELKIN )
PRODUCTIONS, INC.; EMI BLACKWOOD )
MUSIC INC.; SEVEN MARY THREE MUSIC; )
SONY/ATV SONGS LLC d/b/a SONY/ATV )
TREE PUBLISHING; BIG YELLOW DOG, )
LLC d/b/a BIG YELLOW DOG MUSIC; )
TOKECO TUNES; LEE MENDELSON FILM )
PRODUCTIONS, INC.; UNIVERSAL )
MUSIC-Z TUNES LLC d/b/a UNIVERSAL )
MUSIC Z SONGS; CHESTERCHAZ )
PUBLISHING; ROB BOURDON MUSIC; )
NONDISCLOSURE AGREEMENT MUSIC; BIG )
BAD MR. HAHN MUSIC; KENJI KOBAYASHI )
MUSIC; PANCAKEY CAKES MUSIC, )
                                   )
            Plaintiffs,            )     CIVIL ACTION NO.:
                                   )
      v.                           )
                                   )
SHENANIGANS, INC. d/b/a SHENANIGANS )
and MATTHEW KELLY, individually,   )
                                   )
            Defendants.            )

### COMPLAINT

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

### JURISDICTION AND VENUE

1.   This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 et seq. (the "Copyright Act").   This Court has

jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

<u>THE PARTIES</u>

3.    Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York.  BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.  BMI has been granted the right to license the public performance rights in approximately 6.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4.    The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.    Plaintiff Songs of Universal, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

6.    Plaintiff EMI Virgin Songs, Inc. is a corporation d/b/a EMI Longitude Music.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

7.    Plaintiff Rondor Music International, Inc. is a corporation d/b/a Irving Music.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

8.    Plaintiff Less Than Zero Music is a sole proprietorship owned by Jonathan Siebels.  This Plaintiff is the copyright owner

2

of at least one of the songs in this matter.

9.   Plaintiff   Southfield   Road   Music   is   a   sole proprietorship owned by Tony Fagenson.   This Plaintiff is the copyright owner of at least one of the songs in this matter.

10.   Plaintiff Fake And Jaded Music is a sole proprietorship owned by James Maxwell Stuart Collins.   This Plaintiff is the copyright owner of at least one of the songs in this matter.

11.   Plaintiff   Muscle   Shoals   Sound   Publishing   Co.   is   a partnership owned by Thomas J. Couch, Steward M. Madison and Gerald B. Stephenson which is division of Northside Partners. This Plaintiff is the copyright owner of at least one of the songs in this matter.

12.   Plaintiff Barn-Storm Music, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

13.   Plaintiff Peer Music III Ltd. is a company.   This Plaintiff is the copyright owner of at least one of the songs in this matter.

14.   Plaintiff Belkin Music is a corporation which is a division of Belkin Productions, Inc.   This Plaintiff is the copyright owner of at least one of the songs in this matter.

15.   Plaintiff EMI Blackwood Music Inc. is a corporation. This Plaintiff is the copyright owner of at least one the songs in this matter.

16.   Plaintiff Seven Mary Three Music is a partnership owned by Jason L. Ross, Jason Knowles Pollock, Casey S. Daniel and Gurprett J. Khals.   This Plaintiff is the copyright owner of at least one of the songs in this matter.

3

17. Plaintiff Sony/ATV Songs LLC is a limited liability company d/b/a Sony/ATV Tree Publishing. This Plaintiff is the copyright owner of at least one of the songs in this matter.

18. Plaintiff Big Yellow Dog, LLC is a limited liability company d/b/a Big Yellow Dog Music. This Plaintiff is the copyright owner of at least one of the songs in this matter.

19. Plaintiff Tokeco Tunes is a sole proprietorship owned by Toby Keith Covel. This Plaintiff is the copyright owner of at least one of the songs in this matter.

20. Plaintiff Lee Mendelson Film Productions, Inc. is a corporation. This Plaintiff is the copyright owner of at least one of the songs in this matter.

21. Plaintiff Universal Music-Z Tunes LLC is a limited liability company d/b/a Universal Music Z Songs. This Plaintiff is the copyright owner of at least one of the songs in this matter.

22. Plaintiff Chesterchaz Publishing is a sole proprietorship owned by Chester Bennington. This Plaintiff is the copyright owner of at least one of the songs in this matter.

23. Plaintiff Rob Bourdon Music is a sole proprietorship owned by Robert Bourdon. This Plaintiff is the copyright owner of at least one of the songs in this matter.

24. Plaintiff Nondisclosure Agreement Music is a sole proprietorship owned by Bradford Delson. This Plaintiff is the copyright owner of at least one of the songs in this matter.

25. Plaintiff Big Bad Mr. Hahn Music is a sole proprietorship owned by Joseph Hahn. This Plaintiff is the copyright owner of at least one of the songs in this matter.

26.  Plaintiff Kenji Kobayashi Music is a sole proprietorship owned by Michael Shinoda.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

27.  Plaintiff Pancakey Cakes Music is a sole proprietorship owned by David Farrell.  This Plaintiff is the copyright owner of at least one of the songs in this matter.

28.  Defendant Shenanigans Inc. is a corporation organized and existing under the laws of the state of Indiana, which operates, maintains and controls an establishment known as Shenanigans, located at 6121 US Highway 20, Portage, Indiana, in this district (the "Establishment").

29.  In connection with the operation of this business, Defendant Shenanigans Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

30.  Defendant Shenanigans Inc. has a direct financial interest in the Establishment.

31.  Defendant Matthew Kelly is an officer of Defendant Shenanigans Inc. with primary responsibility for the operation and management of that corporation and the Establishment.

32.  Defendant Matthew Kelly has the right and ability to supervise the activities of Defendant Shenanigans Inc. and a direct financial interest in that corporation and the Establishment.

CLAIMS OF COPYRIGHT INFRINGEMENT

33.  Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 32.

34.  Plaintiffs allege ten (10) claims of willful copyright

5

infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

35. Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the ten (10) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the establishment where the infringement occurred.

36. For each of the musical compositions identified on the Schedule, the person(s) named on Line 3 was the creator of the work (all references to Lines are lines on the Schedule).

37. For each work, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the

6

requirements of the Copyright Act and received from the Register
of Copyrights Certificates of Registration bearing the number(s)
listed on Line 6.

38. For each work, on the date(s) listed on Line 7,
Plaintiff BMI was (and still is) the licensor of the public
performance rights in the musical composition identified on Line
2.   For each work, on the date(s) listed on Line 7, the
Plaintiff(s) listed on Line 4 was (and still is) the owner of the
copyright in the respective musical composition listed on Line 2.

39. For each work, on the date(s) listed on Line 7,
Defendants performed and/or caused the musical composition
identified on Line 2 to be publicly performed at the Establishment
without a license or permission to do so.   Thus, Defendants have
committed copyright infringement.

40. The specific acts of copyright infringement alleged, as
well as Defendants' entire course of conduct, have caused and are
causing Plaintiffs great and incalculable damage.   By continuing
to provide unauthorized public performances of works in the BMI
repertoire at the Establishment, Defendants threaten to continue
committing copyright infringement.   Unless this Court restrains
Defendants from committing further acts of copyright infringement,
Plaintiffs will suffer irreparable injury for which they have no
adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I)   Defendants, their agents, servants, employees, and all
persons acting under their permission and authority, be enjoined
and restrained from infringing, in any manner, the copyrighted
musical compositions licensed by BMI, pursuant to 17 U.S.C.

Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant
to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a
reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) That Plaintiffs have such other and further relief as is
just and equitable.

Dated: _November 15_, 2010

By: _____

Christopher G. Riley (23105-71)
Barnes and Thornburg LLP
121 West Franklin – Suite 200
Elkhart, Indiana 46516
Telephone: 574-293-0681
Facsimile: 574-296-2535
E-mail: criley@BTLaw.com
Attorney for Plaintiffs

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Gimme Three Steps |
| Line 3 | Writer(s) | Allen Collins; Ronnie Van Zant |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 10/1/73    4/6/77 |
| Line 6 | Registration No(s). | Eu 448562    Ep 372687 |
| Line 7 | Date(s) of Infringement | 5/26/10 |
| Line 8 | Place of Infringement | Shenanigans |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | Hard To Handle |
| Line 3 | Writer(s) | Alvertis Isbell; Allen Jones; Otis Redding |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music |
| Line 5 | Date(s) of Registration | 6/13/68    12/13/68 |
| Line 6 | Registration No(s). | Eu 58360    Ep 254414 |
| Line 7 | Date(s) of Infringement | 5/26/10 |
| Line 8 | Place of Infringement | Shenanigans |

| Line 1 | Claim No. | 3 |
|--------|-----------|---|
| Line 2 | Musical Composition | Inside Out |
| Line 3 | Writer(s) | James Maxwell Stuart Collins; Jonathan Lee Siebels; Anthony Edward Fagenson |
| Line 4 | Publisher Plaintiff(s) | Jonathan Siebels, an individual d/b/a Less Than Zero Music; Tony Fagenson, an individual d/b/a Southfield Road Music; James Maxwell Stuart Collins, an individual d/b/a Fake And Jaded Music |
| Line 5 | Date(s) of Registration | 6/18/98 |
| Line 6 | Registration No(s). | PA 896-254 |
| Line 7 | Date(s) of Infringement | 5/26/10 |
| Line 8 | Place of Infringement | Shenanigans |

| Line 1 | Claim No. | 4 |
|--------|-----------|---|
| Line 2 | Musical Composition | Old Time Rock And Roll a/k/a Old Time Rock 'N Roll |
| Line 3 | Writer(s) | George Jackson; Thomas E. Jones, III |
| Line 4 | Publisher Plaintiff(s) | Thomas J. Couch, Stewart M. Madison and Gerald B. Stephenson, a partnership d/b/a Muscle Shoals Sound Publishing Co., a division of Northside Partners; Peermusic III Ltd. |
| Line 5 | Date(s) of Registration | 11/11/77 |
| Line 6 | Registration No(s). | Ep 375950 |
| Line 7 | Date(s) of Infringement | 5/26/10 |
| Line 8 | Place of Infringement | Shenanigans |

| Line 1 | Claim No. | 5 |
|--------|-----------|---|
| Line 2 | Musical Composition | Rocky Mountain Way |
| Line 3 | Writer(s) | Joe Walsh; Joe Vitale; Ken Passarelli; Rocke Grace |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; Barn-Storm Music, Inc.; Belkin Music, A Division of Belkin Productions, Inc. |
| Line 5 | Date(s) of Registration | 6/20/73   11/2/73 |
| Line 6 | Registration No(s). | Eu 416549   Ep 317928 |
| Line 7 | Date(s) of Infringement | 5/26/10 |
| Line 8 | Place of Infringement | Shenanigans |

| | | | |
|---|---|---|---|
| Line 1 | Claim No. | 6 | |
| Line 2 | Musical Composition | Simple Man | |
| Line 3 | Writer(s) | Gary Rossington; Ronnie Van Zant | |
| Line 4 | Publisher Plaintiff(s) | Songs of Universal, Inc.; EMI Virgin Songs, Inc. d/b/a EMI Longitude Music | |
| Line 5 | Date(s) of Registration | 10/1/73 | 6/9/88 |
| Line 6 | Registration No(s). | Eu 448563 | PA 373-493 |
| Line 7 | Date(s) of Infringement | 5/26/10 | |
| Line 8 | Place of Infringement | Shenanigans | |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Cumbersome |
| Line 3 | Writer(s) | Jason Ross; Jason Pollock |
| Line 4 | Publisher Plaintiff(s) | EMI Blackwood Music Inc.; Jason L. Ross, Jason Knowles Pollock, Casey S. Daniel and Gurpreet J. Khals, a partnership d/b/a Seven Mary Three Music |
| Line 5 | Date(s) of Registration | 3/25/96 |
| Line 6 | Registration No(s). | PA 819-839 |
| Line 7 | Date(s) of Infringement | 6/12/10 |
| Line 8 | Place of Infringement | Shenanigans |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | I Love This Bar |
| Line 3 | Writer(s) | Scott Emerick, Toby Keith |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC d/b/a Sony/ATV Tree Publishing; Big Yellow Dog, LLC d/b/a Big Yellow Dog Music; Toby Keith Covel, an individual d/b/a Tokeco Tunes |
| Line 5 | Date(s) of Registration | 11/21/03 |
| Line 6 | Registration No(s). | PA 1-203-072 |
| Line 7 | Date(s) of Infringement | 5/26/10 |
| Line 8 | Place of Infringement | Shenanigans |

| | | |
|---|---|---|
| Line 1 | Claim No. | 9 |
| Line 2 | Musical Composition | Linus And Lucy |
| Line 3 | Writer(s) | Vince Guaraldi |
| Line 4 | Publisher Plaintiff(s) | Lee Mendelson Film Productions, Inc. |
| Line 5 | Date(s) of Registration | 4/26/65 |
| Line 6 | Registration No(s). | Eu 8794051 |
| Line 7 | Date(s) of Infringement | 6/12/10 |
| Line 8 | Place of Infringement | Shenanigans |

| | | |
|---|---|---|
| Line 1 | Claim No. | 10 |
| Line 2 | Musical Composition | Bleed It Out |
| Line 3 | Writer(s) | Chester Charles Bennington; Robert Bourdon; Brad Delson; Joseph Hahn; Mike Shinoda; Dave Farrell |
| Line 4 | Publisher Plaintiff(s) | Universal Music-Z Tunes LLC d/b/a Universal Music Z Songs; Chester Bennington, an individual d/b/a Chesterchaz Publishing; Robert Bourdon, an individual d/b/a Rob Bourdon Music; Bradford Delson, an individual d/b/a Nondisclosure Agreement Music; Joseph Hahn, an individual d/b/a Big Bad Mr. Hahn Music; Michael Shinoda, an individual d/b/a Kenji Kobayashi Music; David Farrell, an individual d/b/a Pancakey Cakes Music |
| Line 5 | Date(s) of Registration | 5/21/07 |
| Line 6 | Registration No(s). | PA 1-167-572 |
| Line 7 | Date(s) of Infringement | 5/26/10 |
| Line 8 | Place of Infringement | Shenanigans |